**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**v.**                                        **Case No. 4:09-cr-00283 KGB**

**DONALD DOUGLAS GORGE**                                                      **DEFENDANT**

**ORDER**

Pending before the Court is a request from the United States Probation Office to dispose of property seized from defendant Donald Douglas Gorge. Attached hereto is the Defendant/Offender Property Disposal Overview prepared by the United States Probation Office. The items to be disposed are a Motorola cell phone, Model: XT2093-3, IMEI: 55566112286118, serial number: ZY22F55QXS, and an Iris flip phone, serial number: 350935900061934 ("cell phones"). A lifetime of supervised release was imposed on Gorge.

For good cause shown, the Court grants the request in accordance with procedures outlined in 41 C.F.R. part 102-41 and the *Guide to Judiciary Policy*. The cell phones are to be released to the appropriate federal, state, or local law enforcement agency for disposal or otherwise appropriately destroyed by the United States Probation Office.

It is so ordered this 13th day of May, 2026.

_____
Kristine G. Baker
Chief United States District Judge



# DEFENDANT/OFFENDER PROPERTY DISPOSAL OVERVIEW

This form provides an overview of the person under supervision's status, property seized by the U.S. Probation Office, and Court action taken.

## PERSON UNDER SUPERVISION: DONALD GORGE

**Case Number:** 4:09CR00283-1-KGB        Attempted Receipt of Child Pornography

**Type of Supervision:**   Supervised Release

**Status:** Active Supervision

**Sentence Date:** July 22, 2011
**Imposition of Sentence:** 180 months BOP, Lifetime TSR.
**Revocations:** July 7, 2022 (4 mos. BOP, Lifetime TSR); June 22, 2023 (10 mos. BOP, Lifetime TSR)

## REASON FOR SEIZURE:

On December 19, 2022, Mr. Gorge was arrested pursuant to a Petition to Revoke Supervised Release while residing in a BOP Residential Reentry Center in Kansas. Mr. Gorge was in possession of a previously approved Motorola cell phone that he used to view pornographic material, and he searched terms for "young porn" and "child porn movies". A forensic analysis was conducted and revealed numerous images depicting nudity and sexual situations/pornography.

On October 26, 2023, Mr. Gorge possessed an unauthorized internet-capable Iris flip phone. A forensic analysis was conducted and revealed no additional violations.

## ITEM(S) SEIZED:

(1) Motorola cell phone (Model: XT2093-3, IMEI: 55566112286118, S/N: ZY22F55QXS)
(1) Iris flip phone (S/N: 350935900061934)

*The Motorola cell phone contains prohibited material that is prohibited by Mr. Gorge's lifetime supervision special conditions.

**On March 27, 2025, Mr. Gorge signed a notice of destruction of seized property regarding: Iris flip phone (S/N: 350935900061934).

## COURT ACTION:

(Motorola cell phone): On June 22, 2023, proceedings held before Judge Kristine G. Baker: Final Hearing re Revocation of Supervised Release as to Donald Douglas Gorge held on 6/22/2023. The defendant admitted to the violations and the Court revoked him; The defendant was sentenced to 10 months imprisonment with lifetime of supervised release to follow imprisonment. (Iris flip phone): On November 9, 2023, a Report on Offender Under Supervision was provided to the Court for notification of the unauthorized device. No Court action was requested.

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

## NOTICE OF DESTRUCTION OF SEIZED PROPERTY

I, <u>Donald Gorge</u>, acknowledge that I have been advised by <u>Krista Winchester</u>

(Defendant)                                                            (U.S. Probation Officer)

that the property seized on <u>October 26</u>, 20<u>23</u>, will be destroyed unless I notify the U.S. Probation Office in writing within ten (10) business days of receipt of this notice that I plan to retrieve the item(s) after my term of supervision expires or have the item(s) released to a designee.

_____
(U.S. Probation Officer)

Donald Gorge _____
(Defendant)

_3/27/25_____
(Date)

Property Description:

| 1- IRIS Flip Phone (S/N 350935900061394) |
| --- |